# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| KIMBERLY ASHLEY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   Case No. 11-CV-2259-CM/KGG |
| | ) |
| CITY OF OVERLAND PARK, KANSAS, | ) |
| | ) |
| Defendant. | ) |

## STIPULATION FOR DISMISSAL WITH PREJUDICE

COME NOW the plaintiff and the defendants and, being all the parties who have appeared in this action, do hereby stipulate, undertake and agree, pursuant to Rule 41(a)(1)(ii), Federal Rules of Civil Procedure, to the dismissal, with prejudice, of the Complaint and all claims which were or could have been asserted in this action, with each party to bear its own costs and attorneys' fees.

*/s/ Mark Beam Ward*
Mark Beam-Ward
BEAM-WARD, KRUSE, WILSON,
WRIGHT & FLETES, LLC
8695 College Blvd., Suite 200
Overland Park, Kansas  66210
mbeamward@bkwwflaw.com

Attorneys for Plaintiff


SPENCER FANE BRITT & BROWNE LLP

*/s/ Monica M. Fanning*
Monica M. Fanning        KS Bar No. 18338
Casey P. Murray           KS Bar No. 22189
1000 Walnut Street, Suite 1400

OP 634107.1

       Kansas City, Missouri 64106-2140
       (816) 474-8100
       (816) 474-3216 (Facsimile)
       mfanning@spencerfane.com
       cmurray@spencerfane.com


       Michael F. Delaney    KS Bar No. 22510
       Spencer Fane Britt & Browne LLP
       9401 Indian Creek Parkway
       40 Corporate Woods, Suite 700
       Overland Park, Kansas 66210
       (913) 345-8100
       (913) 345-0736 (Facsimile)
       mdelaney@spencerfane.com


       Attorneys for Defendant